12-29-2015 10:19          408-364-1556                          1/1

Attention: , Dimensions Medical Ctr Ltd  Fax: 8473900001  Sent by: 408-364-1556

## Accredited Aesthetic Workshop

**CME Approved Cosmetic Training Course**
Saturday, January 23 – Sunday, January 24, 2016
The Fairmont Hotel — Dallas, TX


Fairmont HOTELS & RESORTS

This Live activity, Saratoga CME Institute Aesthetic Workshop, from 04/21/2015 - 04/20/2016, has been reviewed and is acceptable for up to 15.00 Prescribed credit(s) by the American Academy of Family Physicians. Physicians should claim only the credit commensurate with the extent of their participation in the activity.

**Sponsored by:**
Saratoga CME Institute
Agenda can be found at:
www.AAFP.org
**Education on:**
- Lasers & IPL
- Vascular Treatments
- Radio Frequency
- Physics & Safety
- Fractional CO2
- Microdermabrasion
- Botulinum Toxin
- Dermal Fillers
- Tattoo Removal
- Nail Fungus
- Body Contouring
- Skin Tightening
- Cellulite Reduction
- Lipolysis
- Acne Treatments
- Marketing Your Practice
- Needle Free Technology

Tired of reimbursement cuts?
Tired of getting billing denials?
Tired of working longer hours?
Tired of insurance companies dictating your worth?
***You should be here!***
Increase your practice revenues now.

**Testimonials from our attendees:**
"This course is a 10" - Los Angeles, CA
"Wonderful time" – Littleton, CO
"The best I have been in" – Miami, FL
"Absolutely the best course I ever attended" -Dallas, TX

Live Patient Demonstrations
Hands-On Practice
Your Questions Will Be Answered
Twenty Years of
Experience Teaching Correctly

*\*Learn how to treat Atrophic Vaginitis\**

**Call to Register:**
**1.844.234.2770**
**Register by Fax:**
**1.866.364.1556**

Tuition: Only $1395**
**Includes Hotel for Friday & Saturday
- Breakfast & Lunch Saturday & Sunday
- Up to 15 CME's / Certificate of Attendance
- Workbook & Course Materials

***\*\*FREE ROOM OFFER GOOD WHILE SUPPLIES LAST\*\****

Name:_____    Phone:_____

Sorry, I cannot make it to this meeting. Please call me: _____

"The recipient is entitled to request that the sender not send any future unsolicited advertisements to its telephone facsimile machine. Failure to comply within 30 days from the date the request is properly made is unlawful. 877.566.3831 is the telephone number and 866.364.1556 is the fax number for the recipient to transfer such an opt-out request."