## AFFIDAVIT OF SERVICE

Court: **IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

Case No.: **16 CV 05608**

Plaintiff: **Dimensions Medical Center, Ltd, an Illinois Corporation, individually and as the representative of a class of similarly-situated persons**
vs.
Defendant: **Saratoga Diagnostics, Inc., et al.**

I, ___Kris W. Vorsatz___, being duly sworn on oath, depose and say the following:

I am over the age of 18, not a party to this action, and an employee/agent of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. I further acknowledge that I am authorized to effectuate service of process in the State of _California_.

Type of Process: **Alias Summons in a Civil Case, Class Action Complaint, and Exhibits A, B, and C**

Defendant to be served: **Saratoga Diagnostics, Inc., c/o Thomas G. Pallone**

Address where attempted or served: **12619 Paseo Olivos, Saratoga, CA95070**

On __07/12/16__ at __9:58 PM__, I (✓Served ( ) Non-served the within named defendant in the following manner:

☐ INDIVIDUAL SERVICE: By delivering a copy of this process to the within named Defendant personally.

☑ CORPORATE SERVICE: By leaving a copy of this process with ___Thomas Pallone___
(Title)_Agent for service_, a person authorized to accept service and informed the person of the contents thereof.

☐ SUBSTITUTE SERVICE: By leaving a copy of this process at his/her usual place of abode with _____ (Relationship)_____, a person residing therein who is the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at his/her usual place of abode on _____, 2016.

☐ NON SERVICE: I have been unable to effect service because of the following reason(s):
_____
_____

Description of person process was left with:

Sex:_Male_ Race:_Filipino_ Hair:_Black_ Approx. Age:_55 years_ Height:_5'9"_ Weight:_170 pounds_

Comments: _____

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

FURTHER AFFIANT SAYETH NOT.

State of ___CA___

County of ___Santa Clara___

X _____
___Kris Vorsatz___
(Print Name)

Subscribed and Sworn to before me on this
___20th___ day of ___July___, 2016

_____
Signature of Notary Public

WENDY L. SHETTERLY
COMM. # 2018104
NOTARY PUBLIC • CALIFORNIA
SANTA CLARA COUNTY
Comm. Exp. APRIL 6, 2017

Job: 324266
File: