IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| AMERICA'S HEALTH & RESOURCE CENTER, LTD., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 16-cv-05608 |
| v. | ) ) | Hon. Ronald A. Guzman |
| SARATOGA DIAGNOSTICS, INC., and JOHN DOES 1-12, | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Julia L. Titolo, pursuant to Local Rule 83.17, moves for an order granting her leave to withdraw her appearance as one of the attorneys representing Plaintiff and, in support thereof, states as follows:

1. As an employee of the law firm Bock, Hatch, Lewis & Oppenheim, LLC, I filed my appearance as one of the attorneys representing Plaintiff.

2. I am no longer employed by the law firm and wish to withdraw my appearance in this matter.

3. Local Rule 83.18 requires leave of Court for an attorney to withdraw.

4. Therefore, I respectfully request that this Court permit me to withdraw my appearance as one of the attorneys for Plaintiff.

WHEREFORE, attorney Julia L. Titolo respectfully requests that the Court grant her leave to withdraw her appearance as one of the attorneys representing Plaintiff in this case.

    Respectfully submitted,

    /s/ Julia L. Titolo

    Julia L. Titolo
    Roetzel & Andress
    20 S. Clark St., Ste. 300
    Chicago, IL 60603
    312-582-1609
    Julia.Titolo@gmail.com

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned attorney certifies that on July 12, 2017, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which automatically provides electronic notice to all counsel of record.

<u>/s/ Julia L. Titolo</u>