IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICA'S HEALTH & RESOURCE CENTER, LTD., an Illinois corporation, individually and as the representative of a class of similarly-situated persons, ) ) ) ) ) ) ) | |
| Plaintiff, ) ) | No. 16-cv-05608 |
| v. ) ) | Hon. Ronald A. Guzman |
| SARATOGA DIAGNOSTICS, INC., and JOHN DOES 1-12, ) ) ) ) | |
| Defendants, ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 20, 2017 at 9:30 a.m., counsel for Plaintiff shall appear before the Honorable Judge Ronald A. Guzman or any judge sitting in his stead in the courtroom usually occupied by him (Room 1801) of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Il 60604, and present Plaintiff's Motion for Leave to Withdraw as Counsel, a copy of which have been filed and served upon you.

Respectfully submitted,

/s/ Julia L. Titolo

Julia L. Titolo
Roetzel & Andress
20 S. Clark St., Ste. 300
Chicago, IL 60603

                 312-582-1609
                 Julia.Titolo@gmail.com

## CERTIFICATE OF SERVICE

      The undersigned attorney certifies that on July 12, 2017, the foregoing document was electronically filed with the Clerk of Court using the CM/ECF system, which automatically provides electronic notice to all counsel of record.

      /s/ Julia L. Titolo