UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Dimensions Medical Center, Ltd., et al.
                                        Plaintiff,

v.                                                    Case No.: 1:16−cv−05608
                                                      Honorable Ronald A. Guzman

Saratoga Diagnostics, Inc., et al.
                                        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 13, 2017:

    MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 7/13/2017. Plaintiff's motion to enter a default judgment and an injunction order [46] is granted. Default judgment is hereby entered jointly and severally against defendants Saratoga Diagnostics, Inc. and Thomas G. Pallone and in favor of plaintiff in the amount of $4,500.00. Plaintiff's counsel is to submit a proposed injunction order to the Court's proposed order inbox in accordance with the instructions found on the Court's website. Attorney Julia L. Titolo's motion for leave to withdraw as counsel [48] is granted. Motion hearing set for 7/20/2017 is stricken and no appearance is required. Attorney Julia L. Titolo terminated. Mailed notice(is, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.