IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| AMERICA'S HEALTH & RESOURCE CENTER, LTD, an Illinois Corporation, individually and as the representative of a class of similarly-situated persons, ) ) ) ) ) | |
| Plaintiff, ) ) | Case No. 16-cv-05608 |
| v. ) ) | Judge Ronald A. Guzman |
| SARATOGA DIAGNOSTICS, INC., THOMAS G. PALLONE and JOHN DOES 1-12 ) ) ) ) | |
| Defendants. ) | |

PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY
DISMISSAL OF DEFENDANT JOHN DOES 1-12

Plaintiff, America's Health & Resource Center, LTD, by undersigned counsel, hereby vouluntarily dismisses its complaint, without prejudice, as to defendant JOHN DOES 1-12, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: July 13, 2017

Respectfully Submitted,

AMERICA'S HEALTH & RESOURCE
CENTER, LTD, an Illinois Corporation,
individually and as the representative of
a class of similarly-situated persons,

By: /s/ James M. Smith

Phillip A. Bock
James M. Smith
Bock, Hatch, Lewis & Oppenheim, LLC
134 N. La Salle St., Ste. 1000
Tel: (312) 658-5500
Fax: (312) 658-5555