IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| AMERICA'S HEALTH & RESOURCE CENTER, LTD., an Illinois Corporation, individually and as the representative of a class of similarly-situated persons,<br><br>Plaintiff,<br><br>v.<br><br>SARATOGA DIAGNOSTICS, INC., THOMAS G. PALLONE and JOHN DOES 1-12,<br><br>Defendants. | Case No. 16-cv-05608<br><br>Judge Ronald A. Guzman |

## INJUNCTION ORDER

Pursuant to the injunctive relief requested in Plaintiff's Motion to Enter a Default Judgment (ECF 46), it is hereby ordered:

Pursuant to 47 U.S.C. § 227 (b)(3)(a), defendants Saratoga Diagnostics, Inc. and Thomas G. Pallone are hereby enjoined from any further transmission of unsolicited facsimile advertisements to plaintiff America's Health & Resource Center, Ltd.

IT IS SO ORDERED:

Dated: July 13, 2017

_Ronald A. Guzman_
_____
United States District Judge Ronald A. Guzman

1